# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                      Case No. 08-06555 BKT

LORENZO PUESAN, CRISTINA E.                                 Chapter 13

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 220,000.00 | | |
| B - Personal Property | Yes | 3 | $ 13,300.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 301,798.07 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 4,484.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 263,962.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,770.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 4,520.00 |
| TOTAL | | 21 | $ 233,300.00 | $ 570,244.73 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                    Case No. 08-06555 BKT

LORENZO PUESAN, CRISTINA E.                               Chapter 13
        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 4,484.54 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **4,484.54** |

State the following:

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 4,770.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 4,520.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ | 4,685.59 |

State the following:

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 105,288.46 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 1,969.53 | |
| 3. Total from Schedule E. "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 2,515.01 |
| 4. Total from Schedule F | | $ | 263,962.12 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 371,765.59 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **LORENZO PUESAN, CRISTINA E.**                 Case No. **08-06555 BKT**
_____
                           Debtor(s)                                   (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| DEBTOR'S PRINCIPAL RESIDENCE<br>PARQUE INTERAMERICANA CALLE 1 NO. 12<br>GUAYAMA, PR 00784<br>1,300 SQ. METERS 4 ROOMS/2 1/2 BATHROOMS<br>DEBTOR HOLDS 50% PARTICIPATION OVER PROPERTY<br>OTHER 50% BELONGS TO ESTATE OF JOSE DELGADO ORTIZ<br>TOTAL VALUE OF PROPERTY: $300,000.00 | | | 150,000.00 | 225,455.03 |
| MEDICAL OFFICE 13.38 SQ. METERS<br>ASHFORD MEDICAL PLAZA SUITE 201<br>AVE. ASHFORD 128, GUAYAMA, PR<br>PROPERTY BELONGS 50% TO DEBTOR AND<br>50% TO ESTATE OF JOSE DELGADO<br>VALUE OF PROPERTY $130,000.00<br>MORTGAGE WITH BPPR$50,000.00<br>MAINTENANCE DEBT: $19,000.00<br>DEBTOR'S PARTICIPATION $30,000.00 | | | 30,000.00 | 59,800.43 |
| REAL PROPERTY<br>URB. EL DORADO GARDENIAS ST. NO. D-2<br>GUAYAMA, PR<br>3 BEDROOMS/ 2 BATHROOMS<br>PROPERTY BELONGS TO DEBTOR AND ESTATE OF JOSE DELGADO<br>VALUE OF PROPERTY: $80,000.00<br>DEBTOR'S PARTICIPATION: $40,000.00 | | | 40,000.00 | 9,759.61 |
| | | TOTAL | 220,000.00 | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **LORENZO PUESAN, CRISTINA E.**      Case No. **08-06555 BKT**
_____
            Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT R&G BANK | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | FURNITURE AND HOME APPLIANCES | | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | MEDICAL BOOKS AND MISC. MEDICAL EQUIPMENT | | 700.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | JEWELRY | | 1,350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LORENZO PUESAN, CRISTINA E.         Case No. 08-06555 BKT
               Debtor(s)                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1988 BMW PROPERTY OF DEBTOR AND ESTATE OF JOSE DELGADO VALUE OF PROPERTY $4,000.00 DEBTOR'S PARTICIPATION $2,000.00 | | 2,000.00 |
| | | FORD EXPLORER 2004 | | 6,750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

IN RE LORENZO PUESAN, CRISTINA E.                    Case No. 08-06555 BKT
_____                _____
               Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 13,300.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ 0 continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE LORENZO PUESAN, CRISTINA E.        Case No. 08-06555 BKT
           Debtor(s)                                               (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| DEBTOR'S PRINCIPAL RESIDENCE PARQUE INTERAMERICANA CALLE 1 NO. 12 GUAYAMA, PR 00784 1,300 SQ. METERS 4 ROOMS/2 1/2 BATHROOMS DEBTOR HOLDS 50% PARTICIPATION OVER PROPERTY OTHER 50% BELONGS TO ESTATE OF JOSE DELGADO ORTIZ TOTAL VALUE OF PROPERTY: $300,000.00 | 11 USC § 522(d)(1) | 20,200.00 | 150,000.00 |
| MEDICAL OFFICE 13.38 SQ. METERS ASHFORD MEDICAL PLAZA SUITE 201 AVE. ASHFORD 128, GUAYAMA, PR PROPERTY BELONGS 50% TO DEBTOR AND 50% TO ESTATE OF JOSE DELGADO VALUE OF PROPERTY $130,000.00 MORTGAGE WITH BPPR$50,000.00 MAINTENANCE DEBT: $19,000.00 DEBTOR'S PARTICIPATION $30,000.00 | 11 USC § 522(d)(5) | 1,050.00 | 30,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| FURNITURE AND HOME APPLIANCES | 11 USC § 522(d)(3) | 2,500.00 | 2,500.00 |
| MEDICAL BOOKS AND MISC. MEDICAL EQUIPMENT | 11 USC § 522(d)(6) | 700.00 | 700.00 |
| JEWELRY | 11 USC § 522(d)(4) | 1,350.00 | 1,350.00 |
| 1988 BMW PROPERTY OF DEBTOR AND ESTATE OF JOSE DELGADO VALUE OF PROPERTY $4,000.00 DEBTOR'S PARTICIPATION $2,000.00 | 11 USC § 522(d)(2) | 2,000.00 | 2,000.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **LORENZO PUESAN, CRISTINA E.**                              Case No. **08-06555 BKT**
_____                    _____
                    Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **OFIC. 201**<br>**ASOC. DUEÑOS DE OFICINA ASHFORD MEDICAL PLAZA**<br>**CALLE ASHFORD 128 SUR**<br>**GUAYAMA, PR 00784** | | | **MAINTENANCE DUES OVER PROPERTY AT ASHFORD MEDICAL PLAZA**<br><br>VALUE $ **30,000.00** | | | | 18,000.00 | |
| ACCOUNT NO.<br>**NILDA L. DELGADO LUGO, ESQ.**<br>**AVE. F.D. ROSEVELT #134 SUITE 1-B**<br>**HATO REY, PR 00917** | | | **Assignee or other notification for:**<br>**ASOC. DUEÑOS DE OFICINA ASHFORD**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**NORMA E. DAVILA COLON, ESQ.**<br>**PO BOX 2158**<br>**GUAYAMA, PR 00785** | | | **Assignee or other notification for:**<br>**ASOC. DUEÑOS DE OFICINA ASHFORD**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **GAC 2004-00554**<br>**ASOC. DE RESIDENTES DE PARQUE INTERAMERICANA**<br>**APARTADO 358**<br>**PATILLAS, PR 00723** | | | **MAINTENANCE DUES ASOC. DE RESIDENTES DE PARQUE INTERAMERICANA**<br><br>VALUE $ **150,000.00** | | | | 15,562.98 | 15,562.98 |

_____ **2** continuation sheets attached

Subtotal (Total of this page) $ **33,562.98** | $ **15,562.98**

Total (Use only on last page) $ _____ | $ _____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE LORENZO PUESAN, CRISTINA E.                           Case No. 08-06555 BKT
                          Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LCDO. IVAN LUIS TORRES RODRIGUEZ <br> APARTADO 358 <br> PATILLAS, PR 00723 | | | Assignee or other notification for: ASOC. DE RESIDENTES DE PARQUE <br><br> VALUE $ | | | | | |
| ACCOUNT NO. 71010013490332 <br> BANCO POPULAR DE PR <br> PO BOX 362708 <br> SAN JUAN, PR 00936 | | | MORTGAGE OVER PRINCIPAL RESIDENCE <br> PREPETITION ARREARS: $20,779.00 <br><br> VALUE $ 150,000.00 | | | | 209,644.17 | 59,644.17 |
| ACCOUNT NO. <br> MARIA M. DEL VALLE AMSTRONG, ESQ. <br> PO BOX 331429 <br> PONCE, PR 00733-1429 | | | Assignee or other notification for: BANCO POPULAR DE PR <br><br> VALUE $ | | | | | |
| ACCOUNT NO. 10190021229289001 <br> BANCO POPULAR DE PR <br> PO BOX 362708 <br> SAN JUAN, PR 00936-2708 | | | MORTGAGE OVER PROPERTY AT ASHFORD MEDICAL PLAZA <br> PREPETITION ARREARS $41,800.43 <br><br> VALUE $ 30,000.00 | | | | 41,800.43 | 29,800.43 |
| ACCOUNT NO. <br> LUIS A. TRINIDAD RODRIGUEZ <br> PO BOX 195487 <br> SAN JUAN, PR 00919-5487 | | | Assignee or other notification for: BANCO POPULAR DE PR <br><br> VALUE $ | | | | | |
| ACCOUNT NO. 442-013-556-12-000 <br> CRIM <br> PO BOX 195387 <br> SAN JUAN, PR 00919-5387 | | | PROPERTY TAXES OVER DEBTOR'S PRINCIPAL <br><br> VALUE $ 150,000.00 | | | | 247.88 | 247.88 |

Sheet no. ___1___ of ___2___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ 251,692.48 | $ 89,692.48 |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data ) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LORENZO PUESAN, CRISTINA E.      Case No. 08-06555 BKT
              Debtor(s)                                     (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 420-075-291-23-001 <br> CRIM <br> PO BOX 195387 <br> SAN JUAN, PR 00919-5387 | | | PROPERTY TAXES OVER PROPERTY AT URB. EL DORADO <br><br> VALUE $ 40,000.00 | | | | 9,759.61 | |
| ACCOUNT NO. 40804020112684 <br> MAUNA COOP <br> AVE. CALIMANO 127 <br> MAUNABO, PR 00707 | | | TO BE PAID IN FULL THRU PLAN <br><br> VALUE $ 6,750.00 | | | | 6,783.00 | 33.00 |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. \_\_\_2\_\_\_ of \_\_\_2\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                              Subtotal
             (Total of this page)    $   16,542.61    $       33.00

                                 Total
       (Use only on last page)    $   301,798.07    $   105,288.46

                                    (Report also on       (If applicable, report
                                    Summary of          also on Statistical
                                    Schedules.)          Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **LORENZO PUESAN, CRISTINA E.**                                       Case No. **08-06555 BKT**
                     Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_ continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LORENZO PUESAN, CRISTINA E. _____ Case No. 08-06555 BKT _____
                                    Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX-XX-7800 DEPARTAMENTO DE HACIENDA PO BOX 9022501 SAN JUAN, PR 00901-2501 | | | TAXES 2000 & 2004 | | | | 4,139.54 | 1,669.53 | 2,470.01 |
| ACCOUNT NO. XXX-XX-7800 INTERNAL REVENUE SERVICE MERCANTIL PLAZA BLDG. ROOM 94 2 PONCE DE LEON AVE. PDA. 27 1/2 SANTURCE, PR 00918 | | | TAXES 2007 | | | | 345.00 | 300.00 | 45.00 |
| ACCOUNT NO. 66-0554933 INTERNAL REVENUE SERVICE MERCANTIL PLAZA BLDG. ROOM 94 2 PONCE DE LEON AVE. PDA. 27 1/2 SANTURCE, PR 00918 | | | 941 PR TAXES UP TO 2004 | | | | unknown | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 4,484.54 | $ 1,969.53 $ 2,515.01 |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 4,484.54 | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 1,969.53 $ 2,515.01 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE LORENZO PUESAN, CRISTINA E.                    Case No. 08-06555 BKT
_____
                Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GAC2007-0038(302) <br><br> ASENNETTE DELGADO RUIZ <br> 132 AVE. F.D. ROOSEVELT SUITE 1-B <br> HATO REY, PR 00917 | | | LIQUIDATION OF HEREDITARY ESTATE OF DECEASED HUSBAND JOSE DELGADO | | | | unknown |
| ACCOUNT NO. <br><br> LCDA. NILDA L. DELGADO LUGO <br> 132 AVE. F.D. ROOSEVELT SUITE 1-B <br> HATO REY, PR 00917 | | | Assignee or other notification for: ASENNETTE DELGADO RUIZ | | | | |
| ACCOUNT NO. 055-0342108-003-1 <br><br> AUTORIDAD DE ENERGIA ELECTRICA DE PR <br> PO BOX 363508 <br> SAN JUAN, PR 00936-3508 | | | UTILITY | | | | 1,307.51 |
| ACCOUNT NO. 71010013490332 <br><br> BANCO POPULAR DE PR <br> PO BOX 362708 <br> SAN JUAN, PR 00936 | | | | | | | 189,644.00 |

_____6_____ continuation sheets attached

Subtotal (Total of this page) $ 190,951.51

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LORENZO PUESAN, CRISTINA E.         Case No. 08-06555 BKT
_____
Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GDP1998-0155<br>BRENDA DE LEON SANTIAGO<br>239 ARTERIAL HOSTOS SUITE 404<br>SAN JUAN, PR 00918-1475 | | | TORT CLAIM AGAINST ESTATE OF JOSE DELGADO ORTIZ | | | X | unknown |
| ACCOUNT NO.<br>LUIS R. MELLADO GONZALEZ, ESQ.<br>239 ARTERIAL HOSTO SUITE 404<br>SAN JUAN, PR 00918-1475 | | | Assignee or other notification for:<br>BRENDA DE LEON SANTIAGO | | | | |
| ACCOUNT NO.<br>SIMED<br>PO BOX 9023875<br>SAN JUAN, PR 00902-3875 | | | Assignee or other notification for:<br>BRENDA DE LEON SANTIAGO | | | | |
| ACCOUNT NO. GAC2007-0038(902)<br>CATHERINE DELGADO RUIZ<br>132 AVE F.D. ROOSEVELT SUITE 1-B<br>HATO REY, PR 00917 | | | JUDICIAL CLAIM FOR DIVISION OF HEREDITARY ESTATE OF JOSE DELGADO ORTIZ | | | | unknown |
| ACCOUNT NO.<br>LCDA. NILDA L. DELGADO LUGO<br>132 AVE. F.D. ROOSEVELT SUITE 1-B<br>HATO REY, PR 00917 | | | Assignee or other notification for:<br>CATHERINE DELGADO RUIZ | | | | |
| ACCOUNT NO. 10812175-001<br>CENTENNIAL<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 | | | CELL PHONE | | | | 2,713.00 |
| ACCOUNT NO.<br>NCO /NCO PORTFOLIO MANA<br>PO BOX 15391<br>WILMINGTON, DE 19850 | | | Assignee or other notification for:<br>CENTENNIAL | | | | |

Sheet no. __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 2,713.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE LORENZO PUESAN, CRISTINA E.                                    Case No. 08-06555 BKT
                        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above )* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9593404828910 <br><br> CITI CARDS <br> PO BOX 45129 <br> JACKSONVILLE, FL 32232 | | | CREDIT CARD PURCHASES | | | | 100.00 |
| ACCOUNT NO. 690020301 <br><br> CLARO <br> PO BOX 70366 <br> SAN JUAN, PR 00936-8366 | | | CELL PHONE | | | | 987.88 |
| ACCOUNT NO. 3068610000 <br><br> DEPARTAMENTO TRAB. Y RECURSOS HUMANOS <br> NEGTOCIADO DE SEGURODAD DE EMPLEO <br> PO BOX 2411 <br> GUAYAMA, PR 00785-2411 | | | LABOR CLAIM AGAINST LD MEDICAL ENTERPRISES INC. BY ROSARIO LANTIGUA ALVAREZ | | | | 2,307.20 |
| ACCOUNT NO. GCD1998-0353(307) <br><br> HUMAN HEALTH PLANS OF PR, INC. <br> PO BOX 192059 <br> SAN JUAN, PR 00919-2059 | | | COLLECTION OF MONIES | | | | 6,547.00 |
| ACCOUNT NO. <br><br> JESUS M. ROSARIO FELIX <br> PO BOX 1564 <br> JUANA DIAZ, PR 00795-1564 | | | Assignee or other notification for: HUMAN HEALTH PLANS OF PR, INC. | | | | |
| ACCOUNT NO. <br><br> RAFAEL A. OJEDA DIEZ, ESQ. <br> PO BOX 9023392 <br> SAN JUAN, PR 00902-3392 | | | Assignee or other notification for: HUMAN HEALTH PLANS OF PR, INC. | | | | |
| ACCOUNT NO. <br><br> INGLES SIN BARRERAS <br> 640 SAN VICENTE BLVD <br> LOS ANGELES, CA 90048-4618 | | | SERVICES RENDERED | | | | 1,400.00 |

Sheet no. __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ 11,342.08

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LORENZO PUESAN, CRISTINA E.      Case No. 08-06555 BKT

<div align="center">Debtor(s)      (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6008891850237056<br>JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | | | CREDIT CARD PURCHASE | | | | 991.00 |
| ACCOUNT NO.<br>GE MONEY BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL, GA 30076 | | | Assignee or other notification for:<br>JC PENNEY | | | | |
| ACCOUNT NO. GDC1998-0155<br>JOSE A. RODRIGUEZ FIGUEROA<br>239 ARTERIAL HOSTOS SUITE 404<br>SAN JUAN, PR 00918-1475 | | | TORT CLAIM AGAINST ESTATE OF JOSE DELGADO ORTIZ | | | | unknown |
| ACCOUNT NO. 5049941170488172<br>LEADING EDGE RECOVERY SOLUTIONS, INC.<br>5440 CUMBERLAND AVE. SUITE 300<br>CHICAGO, IL 60656-1490 | | | CREDIT CARD PURCHASES | | | | 7,414.93 |
| ACCOUNT NO. GAC2007-0038(302)<br>MADELINE DELGADO RUIZ<br>132 AVE. F.D. ROOSEVELT SUITE 1-B<br>HATO REY, PR 00917 | | | JUDICIAL ACTION FOR DIVISION OF HEREDITARY ESTATE OF JOSE DELGADO ORTIZ | | | | unknown |
| ACCOUNT NO.<br>LCDA. NILDA L. DELGADO LUGO<br>132 AVE. F.D. ROOSEVELT SUITE 1-B<br>HATO REY, PR 00917 | | | Assignee or other notification for:<br>MADELINE DELGADO RUIZ | | | | |
| ACCOUNT NO. 40804020112684<br>MAUNA COOP<br>AVE. CALIMANO 127<br>MANUABO, PR 00707 | | | CREDIT CAR | | | | 14,783.00 |

Sheet no. ___3___ of ___6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page)   $ 23,188.93

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

</div>

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE LORENZO PUESAN, CRISTINA E.        Case No. 08-06555 BKT
              Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above )* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5549 <br> MEDICOOP <br> PO BOX 194450 <br> SAN JUAN, PR 00919-4450 | | | PERSONAL LOAN | | | | 3,666.00 |
| ACCOUNT NO. <br> MUNICIPIO DE GUAYAMA <br> APARTADO 360 <br> GUAYAMA, PR 00785 | | | PATENTES | | | | 500.00 |
| ACCOUNT NO. 8646147782 <br> PR TELEPHONE COMPANY <br> PO BOX 70239 <br> SAN JUAN, PR 00936-0239 | | | TELEPHONE SERVICE | | | | 298.00 |
| ACCOUNT NO. 9593404828910 <br> SEARS <br> PO BOX 6282 <br> SIOUX FALLS, SD 57117-6282 | | | CREDIT CARD PURCHASES | | | | 8,072.00 |
| ACCOUNT NO. <br> CITI CARDS <br> PO BOX 45129 <br> JACKSONVILLE, FL 32232 | | | Assignee or other notification for: <br> SEARS | | | | |
| ACCOUNT NO. <br> LEADING EDGE RECOVERY SOLUTIONS, LLC <br> 5440 N. CUMBERLAND AVE. STE 300 <br> CHICAGO, IL 60656-1490 | | | Assignee or other notification for: <br> SEARS | | | | |
| ACCOUNT NO. <br> LVNV FUNDING LLC <br> PO BOX 10497 <br> GREENVILLE, SC 29603-0584 | | | Assignee or other notification for: <br> SEARS | | | | |

Sheet no. ___4___ of ___6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal
(Total of this page)   $   12,536.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LORENZO PUESAN, CRISTINA E. _____ Case No. 08-06555 BKT _____
              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5049941170488172 <br> SEARS CARD <br> PO BOX 183114 <br> COLUMBUS, OH 43218-3114 | | | CREDIT CARD PURCHASES JOSE DELGADO | | | | 7,366.87 |
| ACCOUNT NO. <br> LEADING EDGE RECOVERY SOLUTIONS, LLC <br> 5440 N. CUMBERLAND AVE. STE.300 <br> CHICAGO, IL 60656-1490 | | | Assignee or other notification for: <br> SEARS CARD | | | | |
| ACCOUNT NO. 773561 <br> SECURITY CREDIT SERVICES, LLC <br> PO BOX 15630 DEPT. 19 <br> WILMINGTON, DE 19850 | | | CREDIT CARD | | | | 991.17 |
| ACCOUNT NO. <br> NCO FINANCIAL SYSTEMS OF PR INC. <br> PO BOX 192478 <br> HATO REY, PR 00918 | | | Assignee or other notification for: <br> SECURITY CREDIT SERVICES, LLC | | | | |
| ACCOUNT NO. 444976145 <br> SPRINT <br> PO BOX 569670 <br> DALLAS, TX 75356-9670 | | | CELL PHONE | | | | 931.31 |
| ACCOUNT NO. <br> SPRINT <br> PO BOX 650338 <br> DALLAS, TX 75266-0338 | | | Assignee or other notification for: <br> SPRINT | | | | |
| ACCOUNT NO. DELGADO <br> TAMAYO HNOS. INC. <br> BOX 1660 <br> MAYAGUEZ, PR 00681 | | | SUPPLIER DEBT INCURRED YEAR 2000 | | | | 5,766.25 |

Sheet no. __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 15,055.60

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE LORENZO PUESAN, CRISTINA E.                                    Case No. 08-06555 BKT
_____                                 _____
                Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6900007166 <br><br> VERIZON WIRELESS <br> PO BOX 70367 <br> SAN JUAN, PR 00936-8367 | | | CELL PHONE | | | | 99.00 |
| ACCOUNT NO. 690020301 <br><br> VERIZON WIRELESS <br> PO BOX 70367 <br> SAN JUAN, PR 00936-8367 | | | CELL PHONE | | | | 1,183.00 |
| ACCOUNT NO. <br><br> CLARO <br> PO BOX 70366 <br> SAN JUAN, PR 00936-8366 | | | Assignee or other notification for: <br> VERIZON WIRELESS | | | | |
| ACCOUNT NO. 6900121267 <br><br> VERIZON WIRELESS <br> PO BOX 70367 <br> SAN JUAN, PR 00936-8367 | | | CELL PHONE | | | | 661.00 |
| ACCOUNT NO. 692972599 <br><br> VERIZON WIRELESS <br> PO BOX 70367 <br> SAN JUAN, PR 00936-8367 | | | CELL PHONE | | | | 1,151.00 |
| ACCOUNT NO. 4301150146872558 <br><br> WELLS FARGO FINANCIAL <br> 604 LOCUST ST <br> DES MOINES, IA 50309 | | | PERSONAL LOAN | | | | 5,081.00 |
| ACCOUNT NO. | | | | | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ 8,175.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$ 263,962.12

B6G (Official Form 6G) (12/07)

IN RE LORENZO PUESAN, CRISTINA E.                    Case No. 08-06555 BKT
_____                 _____
              Debtor(s)                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE LORENZO PUESAN, CRISTINA E.                    Case No. 08-06555 BKT
_____              _____
              Debtor(s)                                      (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>LORENZO PUESAN, CRISTINA E.</u>     Case No. <u>08-06555 BKT</u>
                     Debtor(s)                                       (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors ard by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Single | RELATIONSHIP(S):<br>Son | | AGE(S):<br>19 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | DOCTOR | |
| Name of Employer | FERNANDO ORTIZ FRANCO | |
| How long employed | 1 YEAR | |
| Address of Employer | GURABO, PR | |

INCOME: (Estimate of average or projected monthly income at time case filed)       **DEBTOR**      SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 4,000.00 | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 4,000.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and Social Security | $ 280.00 | $ |
|    b. Insurance | $ | $ |
|    c. Union dues | $ | $ |
|    d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 280.00 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 3,720.00 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ 350.00 | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance<br>  (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income<br>  (Specify) **INTEGRAND MANAGEMENT SOLUTIONS** | $ 700.00 | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 1,050.00 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 4,770.00 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)      $ **4,770.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**NONE.**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case No. <u>08-06555 BKT</u>

IN RE <u>LORENZO PUESAN, CRISTINA E.</u>
<div align="center">Debtor(s)</div>
<div align="right">(If known)</div>

<div align="center">

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

</div>

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,889.00 |
|    a. Are real estate taxes included? Yes ____ No ✓ | |
|    b. Is property insurance included? Yes ____ No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 246.00 |
|    b. Water and sewer | $ 125.00 |
|    c. Telephone | $ 125.00 |
|    d. Other  HOMEOWNER'S ASSOC. DUES | $ 100.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 80.00 |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 30.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 20.00 |
| 8. Transportation (not including car payments) | $ 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 20.00 |
| 10. Charitable contributions | $ 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ |
|    e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) 1040PR TAXES | $ 207.00 |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  MEDICAL MALPRACTICE INSURANCE | $ 338.00 |
|           COLEGIACIÓN & CONTINUED MEDICAL ED. | $ 100.00 |
|           COLLEGE EXPENSES FOR MINOR TUITION | $ 300.00 |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     | $ 4,520.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
PAYMENT OF CURRENT MORTGAGE PAYMENT AND MAINTENANCE FOR MEDICAL OFFICE AT ASHFORD MEDICAL CENTER SHALL BE PAID DIRECTLY BY THIRD PARTY HEIR ASIA DELGADO LORENZO.

NO OTHER INCREASE OR DECREASE IN EXPENSES IS EXPECTED.

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 4,770.00 |
|    b. Average monthly expenses from Line 18 above | $ 4,520.00 |
|    c. Monthly net income (a. minus b.) | $ 250.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>LORENZO PUESAN, CRISTINA E.</u>              Case No. <u>08-06555 BKT</u>
<div style="text-align:center">Debtor(s)                                                  (If known)</div>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **23** sheets, and that they are true and correct to the best of my knowledge. information, and belief.

Date: <u>November 5, 2008</u>      Signature: <u>/s/ CRISTINA E. LORENZO PUESAN</u>
                                       **CRISTINA E. LORENZO PUESAN**                      Debtor

Date: _____      Signature: _____
                                                             (Joint Debtor, if any)

<div style="text-align:right">[If joint case, both spouses must sign.]</div>

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer           Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case. declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*). and that they are true and correct to the best of my knowledge. information, and belief.

Date: _____      Signature: _____

                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

<div style="writing-mode:vertical-lr">© 1993-2008 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only</div>